```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 NOV 2009
```
CROTTY, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DVD FORMAT/LOGO LICENSING CORP.,

    Plaintiff,

v.

U-TECH MEDIA USA LLC and ZOBA
INTERNATIONAL CORP. d/b/a CD
DIGITAL CARD CORP.,

    Defendants.

09-cv-5461 (PAC)

## STIPULATION OF DISMISSAL ᴀɴᴅ Order OF DEFENDANT ZOBA INTERNATIONAL CORP. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DVD Format/Logo Licensing Corporation ("Plaintiff") and Defendant Zoba International Corp., d/b/a C.D. Digital Card ("Defendant"), that the Complaint and all of Plaintiff's claims, and the Answer and Counterclaims and all of Defendant's counterclaims in this action are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

*[Handwritten: The 11/19/09 PTC has been marked off the court calendar. The Clerk of Court is directed to close this case.]*

Dated:   November 12, 2009

                              CARTER, LEDYARD & MILBURN LLP

                              By: _____
                                  William F. Sondericker, Esq.

                              sondericker@clm.com
                              2 Wall St.
                              New York, NY 10005-2072
                              Telephone:  (212) 732-3200
                              Facsimile:  (212) 732-3232

                              *Attorney for Defendant Zoba International Corp.*

PAUL WEISS RIFKIND WHARTON &
GARRISON LLP

By: _____
        Steven C. Herzog, Esq.

sherzog@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3317
Facsimile: (212) 492-0317

*Attorney for Plaintiff DVD Format
Logo/Licensing Corp.*

SO ORDERED:

November 13, 2009

_____
Honorable Paul A. Crotty
United States District Judge